**COVINGTON**

BEIJING   BRUSSELS   LONDON   NEW YORK
SAN DIEGO   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

Christopher N. Sipes

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T  +1 202 662 5525
csipes@cov.com

**Via ECF Filing**                                                              March 16, 2015

Hon. Sharon Prost, Hon. William C. Bryson,
& Hon. Richard Linn
United States Court of Appeals
for the Federal Circuit
717 Madison Place, N.W.
Washington, DC 20439

Re:    *AstraZeneca LP v. Breath Limited et. al. - Docket No. 2015-1335*

Dear Chief Judge Prost, Judge Bryson, and Judge Linn:

The Motion for Reconsideration filed by Defendants-Appellees Watson Laboratories, Inc. and Breath Limited (collectively, "Watson") on Friday, March 13, 2015 should not be granted.[1]  Watson has made no showing that reconsideration of the Court's well-founded March 12, 2015 Order Granting Injunctive Relief is warranted.  Due to the highly unusual nature of Watson's Motion, and in the interest of preservation of this Court's resources, AstraZeneca opposes the Motion, but will not burden the Court with a responsive paper unless such a paper would assist the Court.  If the Court wishes AstraZeneca to make a full response to the points set out in Watson's motion, AstraZeneca will of course be pleased to do so on a schedule set by the Court.

Respectfully submitted,

/s/ Christopher N. Sipes
Christopher N. Sipes

CNS

---

[1] The other enjoined Defendants-Appellees in this matter, Apotex Corp., Apotex, Inc., and Sandoz Inc., did not join Watson's motion.

**PROOF OF SERVICE**

The undersigned hereby certifies that on this 16th day of March, 2015, the foregoing **Plaintiffs-Appellants AstraZeneca's Letter to Chief Judge Prost, Judge Bryson, and Judge Linn** was electronically filed with the Clerk of Court using the CM/ECF System and was served via e-mail upon the following counsel:

William A. Rakoczy
(wrakoczy@rmmslegal.com)
Amy D. Brody
(abrody@rmmslegal.com)
Heinz J. Salmen
(hsalmen@rmmslegal.com)
Conly S. Wythers
(cwythers@rmmslegal.com)
Natasha White
(nwhite@nnmslegal.com)
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
(312) 222-6301 (telephone)
(312) 222-6321 (facsimile)

*Attorneys for Defendants-Appellees Breath Limited and Watson Laboratories, Inc.*

Richard J. Basile
David W. Aldrich
Benjamin J. Lehberger
Alyson J. DiLena
ST. ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, Connecticut 06905
Telephone: (203) 324-6155

*Attorneys for Defendants-Cross Appellants Apotex, Inc. and Apotex Corp.*

Taras A. Gracey
(tgracey@steptoe.com)
Brandon C. Helms
(bhelms@steptoe.com)
Thomas A. Rammer
(trammer@steptoe.com)
STEPTOE & JOHNSON LLP
115 S. LaSalle Street, Suite 3100
Chicago, Illinois 60603
(312) 577-1300 (telephone)
(312) 577-1370 (facsimile)

*Attorneys for Defendant-Appellee Sandoz, Inc.*

/s/ Christopher N. Sipes
Christopher N. Sipes