CORRECTED

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ASTRAZENECA LP, ASTRAZENECA AB,**
*Plaintiffs-Appellants,*

v.

**BREATH LIMITED, APOTEX CORP., APOTEX, INC., SANDOZ INC., WATSON LABORATORIES, INC.,**
*Defendants-Appellees.*

---

2015-1335

---

Appeal from the United States District Court for the District of New Jersey in No. 1:08-cv-01512-RMB-AMD, Judge Renee Marie Bumb.

---

**ON MOTION**

---

Per Curiam.

**O R D E R**

Appellees move to reconsider the court's March 12, 2015 order. Additionally Appellees move to reschedule the May 6, 2015 oral argument.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to reschedule oral argument is granted. Oral argument will be held on May 4, 2015 at 2:00 p.m. in Courtroom 201.

(2) The motion to reconsider the court's March 12, 2015 order is denied.

FOR THE COURT

March 17, 2015                /s/ Daniel E. O'Toole
    Date                          Daniel E. O'Toole
                                  Clerk of Court